NUMBER 13-01-332-CV




COURT OF APPEALS




THIRTEENTH DISTRICT OF TEXAS




CORPUS CHRISTI


_______________________________________________________________



JOSEPH FONTENOT , Appellant,



v.



CONNIE HADNOT, Appellee.

_____________________________________________________________



On appeal from the 279th District Court 


 of Jefferson County, Texas

_____________________________________________________________

O P I N I O N 




Before Chief Justice Valdez and Justices Dorsey and Hinojosa


Opinion Per Curiam




 Appellant, JOSEPH FONTENOT , attempted to perfect an appeal from an order entered by the 279th District Court of
Jefferson County, Texas. On May 2, 2001 , the trial court granted appellant's motion for new trial.

 The Court, having examined and fully considered the documents on file and the trial court's order granting a new trial, is of
the opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT
OF JURISDICTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 7th day of June, 2001 .